IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-00657-WYD-KMT

COMMONWEALTH PROPERTY ADVOCATES, LLC,

 Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RFMSI 2007S6,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and
JOHN DOES OF UNKNOWN NUMBER,

 Defendants.

## ORDER

 This Matter is before the Court on Plaintiff's Motion to Stay and Memorandum in Support of Motion to Stay, filed April 15, 2010 [#'s 11 & 12]. In the motion, Plaintiff requests that I stay "forthwith actions to dispose of the realty the subject hereof." Presumably, Plaintiff is referring to foreclosure proceedings involving property located in Douglas County, Colorado, as set forth in his Complaint. A motion to stay is not the proper vehicle to preserve the status quo pending a final determination on the parties' rights. Moreover, Plaintiff's motion does not state the current status of any foreclosure proceedings and contains no legal authority that would permit this Court to "stay" the foreclosure proceedings in Douglas County. Therefore, it is hereby

 ORDERED that Plaintiff's Motion to Stay, filed April 15, 2010 [#11] is **DENIED**.

Dated: April 16, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge